UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 2:25-cv-04109-SVW-BFM        **Date:** June 13, 2025

**Title:** Sergio Chavez v. Officer Vasmin Rodriguez, et al.

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Returned Mail (ECF 5) and Order to Show Cause Re: Failure to Notify Court of Address Change**

On May 5, 2025, Plaintiff Sergio Chavez filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF 1 ("Complaint").) At the time, Chavez was housed at West Valley Detention Center in Rancho Cucamonga, California.

On May 29, 2025, the Court's Notice Re: Reference to U.S. Magistrate Judge was returned to the Court as undeliverable. (ECF 5.)

Chavez has not submitted a notice of address change. The West Valley Detention Center's Inmate Locator indicates he is no longer housed at that facility. The Court has no present means of contacting Chavez.

Under Local Rule 41-6, the failure of a pro se plaintiff to keep the court apprised of his address is itself grounds for dismissal of the action. The Court therefore orders Plaintiff to **show cause**—meaning, to explain—why the case should not be dismissed for failure to keep the Court informed of his current address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 2:25-cv-04109-SVW-BFM      **Date:** June 13, 2025

**Title:**   Sergio Chavez v. Officer Vasmin Rodriguez, et al.

Plaintiff's response to this Order must be filed **no later than June 27, 2025**. Providing the Court with his current address will constitute an adequate response to this Order.

**Failure to respond to this Order by June 27, 2025, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to notify the Court of his current address**.

**IT IS SO ORDERED.**


cc:   Sergio Chavez, pro se

Initials of Preparer:   ch