JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERGIO CHAVEZ,<br>    Plaintiff,<br>  v.<br>VASMIN RODRIGUEZ, et al.<br>    Defendants. | No. 2:25-cv-04109-SVW-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed, and the action is dismissed without prejudice.

DATED: September 12, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE